IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALETHA RAY-SAMPSON,                §
                                  §
       Plaintiff,                 §
                                  §
V.                                §          No. 3:24-cv-2967-E-BN
                                  §
UPLIFT EDUCATION and              §
SHAQUELA FORD,                    §
                                  §
       Defendants.                §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant in part Defendants Uplift Education and Shaquela Ford's motion to dismiss [Dkt. No. 15] and dismiss with prejudice Plaintiff Aletha Ray-Sampson's claims against Defendant Ford and her Title VII and Section 1983 due process claims against Defendant Uplift. The Magistrate Judge also recommended that the Court should dismiss without prejudice Plaintiff's Age Discrimination in Employment Act and wrongful termination claims against Defendant Uplift and grant her leave to amend her complaint as to those claims. *See* Dkt. No. 34.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff shall have until April 8, 2026, to file an amended complaint addressing the deficiencies identified in the findings, conclusions, and recommendation.

SO ORDERED this 25th day of March, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE